UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
ROBERT LINDSAY,                 )
              Plaintiff         )
                                )
v.                              )
                                )        CIVIL ACTION NO. 12-11714-PBS
WELLS FARGO BANK, N.A., as      )
Trustee for Carrington          )
Mortgage Loan Trust Series      )
2006-NC5 Asset-Backed Pass-     )
Through Certificates,           )
              Defendant         )
_____)

MEMORANDUM AND ORDER
September 11, 2013

SARIS, U.S.D.J.

After review of the objection, the Court adopts the Report
and Recommendation, but the Court must address an issue not
presented to the magistrate judge based on new caselaw.
Plaintiff has raised a new argument that the magistrate judge
erred in holding that the prospective ruling in Eaton v. Federal
Nat'l Mort. Assn., 462 Mass. 569, 588 (2012) does not apply to
him because he advanced the same argument during the pendency of
the Eaton matter.  His argument is based on two recent cases from
the Massachusetts Appeals Court. See Lyons v. Mortgage Electronic
Registration Sys., 83 Mass.App.Ct. 1134, 1134 (June 5, 2013)
(unpublished); HSBC Bank USA, N.A. v. Norris, 83 Mass.App.Ct.
1115, 1115 (Feb. 28, 2013) (unpublished). His argument is
unpersuasive because his case is in a different procedural
position from these two unpublished cases from the Massachusetts

Appeals Court, which were on appeal when <u>Eaton</u> as decided.   <u>See</u>
<u>Koufos</u> v. <u>U.S. Bank N.A.</u> 2013 WL 1189502 *11 (March 21, 2013)
(holding <u>Eaton</u> is inapplicable to plaintiff who was in federal
district court, not the state Appeals Court, at the time <u>Eaton</u>
was decided).


                              <u>/s/ Patti B. Saris          </u>
                              PATTI B. SARIS
                              United States District Judge